UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD CARMODY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-14209-IT |
| | * | |
| CAROLYN COLVIN., | * | |
| | * | |
| Defendants. | * | |

ORDER

June 13, 2016

TALWANI, D.J.

After considering the Magistrate Judge's May 16, 2016 Report and Recommendation [#23], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#23] for the reasons set forth therein. Plaintiff's Motion for Order Reversing the Decision of the Commissioner [#19] is DENIED and Defendant's Motion for Order Affirming the Decision of the Commissioner [#21] is ALLOWED.  The decision of the Commissioner of Social Security is hereby AFFIRMED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge